*E. R. Wilson*, for the appellant.

*May Term, 1861.*

*CARTER v. WEAVER.*

------------

CARTER and Another *v.* WEAVER.

APPEAL from the *Fountain* Circuit Court.

*Per Curiam.*—Suit by *Weaver* against the appellants to recover the value of certain beef cattle, sold and delivered by the plaintiff to the defendants. Issue; trial by the Court; finding and judgment for the plaintiff. No question arises on the pleadings; no exception was taken to any ruling of the Court, nor was any motion made for a new trial. In short, no question is presented by the record for our decision.

The judgment is affirmed, with costs, and 5 per cent. damages.

*J. Ristine*, for the appellants.

*M. M. Milford*, for the appellee.